```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 22221
   KIZZIE L FRANKLIN
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9742


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/28/2007 and was confirmed 02/27/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
MIDLAND CREDIT MANAGEMEN  UNSECURED          1547.28              .00             .00
SANTANDER CONSUMER USA    SECURED VEHIC      7625.00           457.93         1135.33
SANTANDER CONSUMER USA    UNSECURED          5156.94              .00             .00
AFNI                      UNSECURED        NOT FILED              .00             .00
AFNI                      UNSECURED        NOT FILED              .00             .00
ALVIN GOLDBERG MD         UNSECURED        NOT FILED              .00             .00
AMERICAS RECOVERY NETWOR  UNSECURED        NOT FILED              .00             .00
ANTHONY LAW               UNSECURED        NOT FILED              .00             .00
ASSET ACCEPTANCE LLC      UNSECURED        NOT FILED              .00             .00
BALLYS TOTAL FITNESS      UNSECURED        NOT FILED              .00             .00
ASSET ACCEPTANCE CORP     UNSECURED          1017.30              .00             .00
CAVALRY INVESTMENTS       UNSECURED        NOT FILED              .00             .00
CAPITAL ONE               UNSECURED        NOT FILED              .00             .00
CAPITAL ONE               UNSECURED        NOT FILED              .00             .00
CHARTER ONE BANK          UNSECURED        NOT FILED              .00             .00
CITY OF CHICAGO PARKING   UNSECURED         10215.00              .00             .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED              .00             .00
LELAND SCOTT & ASSOC      UNSECURED        NOT FILED              .00             .00
BIL MAR MANAGEMENT LLC    NOTICE ONLY      NOT FILED              .00             .00
PROFFESSIONAL ACCOUNT MG  UNSECURED        NOT FILED              .00             .00
UNITED COMPUCRED          UNSECURED        NOT FILED              .00             .00
UNITED COMPUCRED          UNSECURED        NOT FILED              .00             .00
RJM ACQUISITIONS          UNSECURED           146.01              .00             .00
INTERNAL REVENUE SERVICE  UNSECURED           300.00              .00             .00
LVNV FUNDING LLC          UNSECURED            40.81              .00             .00
INTERNAL REVENUE SERVICE  SECURED NOT I         .00              .00             .00
INTERNAL REVENUE SERVICE  PRIORITY          20080.81              .00             .00
INTERNAL REVENUE SERVICE  UNSECURED          5016.28              .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,460.00                          758.04
TOM VAUGHN                TRUSTEE                                             198.70
DEBTOR REFUND             REFUND                                                  .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 22221 KIZZIE L FRANKLIN
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                             RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      2,550.00

PRIORITY                                                     .00
SECURED                                                 1,135.33
    INTEREST                                              457.93
UNSECURED                                                    .00
ADMINISTRATIVE                                           758.04
TRUSTEE COMPENSATION                                     198.70
DEBTOR REFUND                                                .00
                         ---------------         ---------------
TOTALS                       2,550.00                 2,550.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 03/05/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE